**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| INPLANT ENVIRO-SYSTEMS 2000 ATLANTA, INC., | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:15-cv-394-LMM |
| CHRISTOPHER TROY LEE, et al., | |
| Defendants. | |

## DEFAULT JUDGMENT

    The defendants Christopher Troy Lee and Ucensys Research, LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Leigh Martin May, United States District Judge, having directed that judgment issue in favor of plaintiff and against the defendants, it is hereby

    ORDERED AND ADJUDGED, that the plaintiff Inplant Enviro-Systems 2000 Atlanta, Inc., recover from the defendants Christopher Troy Lee and Ucensys Research, LLC, for the CFAA claim, attorney's fees of $11,848.20 and $69,180.00 for the breach of contract claim, for a total amount of $80,948.20 to be recovered.

    Dated at Atlanta, Georgia this 9th day of June, 2015.

                                                      JAMES N. HATTEN
                                                    CLERK OF COURT

                                  By:    s/ Denise D.M. McGoldrick
                                               Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   June 9, 2015
James N. Hatten
Clerk of Court


By: s/ Denise D.M. McGoldrick
      Deputy Clerk